RECEIVED
IN LAKE CHARLES, LA

OCT 25 2005

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| SUSAN STEWART, | )<br>) |
| **Plaintiff** | )<br>) |
| v. | ) Civil Action No. 04-2518 |
| JO ANNE B. BARNHART, Commissioner, Social Security Administration, | )<br>) District Judge Trimble<br>)<br>) Magistrate Judge Wilson |
| **Defendant** | )<br>) |

## JUDGMENT

Upon consideration of Defendant's Motion to Remand, the Court finds that the Motion should be granted. Therefore, the Court,

**ORDERS** that the above-captioned matter be reversed and remanded under the fourth sentence of 42 U.S.C. § 405(g) to the Commissioner of the Social Security Administration for further administrative proceedings.

SIGNED this 25 day of October, 2005 in Lake Charles, Louisiana.

UNITED STATES DISTRICT JUDGE